FILED

2003 DEC -1  A 8: 37

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID S. KROMHOUT | : | CIVIL NO. 301CV1636 (SRU) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| RICK R. SMOLICZ, MICHAEL | : | |
| PURCARO, BART DEELEY, | : | |
| and TOWN OF NAUGATUCK | : | |
| Defendants | : | November 26, 2003 |

## MOTION TO EXTEND SCHEDULING ORDER

The plaintiff respectfully moves this Court for an extension of the scheduling order for the reasons set forth below:

## COMPLETION OF DISCOVERY:

Present Order:    11/28/03

Proposed Order:    1/26/04

Due to the press of other legal business, the parties will be unable to complete the depositions of Dr. Couture and Chief Clisham before the expiration of the present order. The depositions of Dr. Couture and Chief Clisham are scheduled for December 18, 2003.

**FILING OF DISPOSITIVE MOTIONS:**

Present Order:    12/29/03

Proposed Order:   2/26/04

The present order on filing dispositive motions should be extended to conform with the new proposed order for discovery completion.

**DISCLOSURE OF PLAINTIFF'S EXPERT WITNESSES:**

Present Order:    2/28/03

Proposed Order:   1/26/04

Plaintiff's counsel has not yet received a written report and other information and materials from his specially retained expert witness despite having been requested. Without such report and other information and materials, the plaintiff is unable to file a proper disclosure pursuant to Fed. R. Civ. P. 26(a)(2).

Defense counsel, James Tallberg, has no objection to this Motion being granted.

Defense counsel, Michael McKeon, has no objection to this Motion being granted.

WHEREFORE, for the reasons stated above, the plaintiff respectfully requests that the Court extend the scheduling order as follows:

DISCOVERY TO BE COMPLETED BY:     1/26/04

DISPOSITIVE MOTIONS TO BE FILED BY:    2/26/04

PLAINTIFF TO DISCLOSE EXPERTS BY:    1/26/04

THE PLAINTIFF,

BY: *[signature]*
JOHN M. SHANNON
JACOBS, JACOBS & SHANNON, P.C.
265 ORANGE STREET
NEW HAVEN, CT 06510
(203) 562-6111
FEDERAL BAR NO. ct07960

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this __26th__ day of November, 2003 to:

James N. Tallberg, Esq.
Updike Kelly & Spellacy PC
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Attorney Michael McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Street
Hartford, CT 06105-4286

*[signature]*
JOHN M. SHANNON