# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:01CV1636 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   DAVID KROMHOUT

| | |
|---|---|
| 11/26/03 | |
| **Date** | **Signature** |
| ct07960 | JOHN M. SHANNON |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (203) 562-6111 | 265 ORANGE STREET |
| **Telephone Number** | **Address** |
| (203) 624-8752 | NEW HAVEN, CT 06510 |
| **Fax Number** | |
| | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

JAMES N. TALLBERG, ESQ., UPDIKE, KELLY & SPELLACY, P.C., ONE STATE STREET, P.O. BOX 231277, HARTFORD, CT 06123-1277 and MICHAEL McKEON, ESQ., SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC, 646 PROSPECT STREET, HARTFORD, CT 06105-4286

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

3:01 cv 1636 (SRU)

John Shannon
265 Orange Street
New Haven, CT 06510