FILED

2003 DEC 18 P 12: 27

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID S. KROMHOUT | : | CIVIL ACTION NO. 3:01CV1636(SRU) |
| Plaintiff, | : | |
| v. | : | |
| RICK R. SMOLICZ, | : | DECEMBER 18, 2003 |
| MICHAEL PURCARO, BART DEELEY | : | |
| BOROUGH OF NAUGATUCK | : | |
| Defendants. | : | |

### APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel for defendants Michael Purcaro, Bart Deeley and Borough of Naugatuck, in addition to the appearances filed by James N. Tallberg.

DEFENDANTS,
MICHAEL PURCARO, BART DEELEY AND
BOROUGH OF NAUGATUCK

By: _____
MATTHEW FREIMUTH, ESQ.
Federal Bar Number Ct25245
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

335591

## CERTIFICATION

This is to certify that the foregoing, Appearance, has been hand delivered, this 18 day of December 2003, to the following counsel of record:

Steven D. Jacobs, Esq.
Jacobs, Jacobs & Shannon, P.C.
265 Orange Street
New Haven, CT 06510

Michael Peter McKeon, Esq.
Nicole Alexandra Bernabo, Esq.
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105

MATTHEW FREIMUTH, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

335591