UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

December 23, 2003

2:30 p.m.

STATUS CONFERENCE HELD
DATE: 12/23/03

CASE NO. **3:01cv1636**    **Kromhout v Smolicz**

Steven D. Jacobs
Jacobs, Jacobs & Shannon, Pc
265 Orange St.
New Haven, CT 06510


Michael Peter McKeon
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105


John M. Shannon
Jacobs, Jacobs & Shannon, Pc
265 Orange St.
New Haven, CT 06510


James Newhall Tallberg
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK