#39

FILED

2003 DEC -1  A 8: 37

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID S. KROMHOUT<br>Plaintiff : | CIVIL NO. 301CV1636 (SRU) |
| VS. : | |
| RICK R. SMOLICZ, MICHAEL :<br>PURCARO, BART DEELEY, :<br>and TOWN OF NAUGATUCK :<br>Defendants : | November 26, 2003 |

## MOTION TO EXTEND SCHEDULING ORDER

The plaintiff respectfully moves this Court for an extension of the scheduling order for the reasons set forth below:

### COMPLETION OF DISCOVERY:

Present Order: 11/28/03

Proposed Order: 1/26/04

Due to the press of other legal business, the parties will be unable to complete the depositions of Dr. Couture and Chief Clisham before the expiration of the present order. The depositions of Dr. Couture and Chief Clisham are scheduled for December 18, 2003.

[Handwritten margin note: Granted, with revised dates as set forth in the scheduling order entered today. So ordered. 1/4/04]