UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN -5  A 11: 24

| | |
|---|---|
| DAVID S. KROMHOUT,<br>Plaintiff, | : <br> : <br> : <br> : |
| v. | : NO. 3:01 CV 1636 (SRU) |
| RICK R. SMOLICZ, et. al.,<br>Defendants. | : <br> : <br> : |

## SCHEDULING ORDER

The following deadlines are established in this case:

1. Plaintiff's disclosure of experts by January 26, 2004.

2. All discovery must be completed, not propounded, by February 29, 2004.

3. All dispositive motions must be filed by March 15, 2004.

4. Jury selection shall take place on August 12, 2004.

5. Trial shall commence on August 30, 2004.

It is so ordered.

Dated at Bridgeport, Connecticut, this ___ day of January 2004.

_____
/s/ Stefan R. Underhill
United States District Judge