```
                                                        FILED

                                                    2004 MAR 16  A 9 40

         UNITED STATES DISTRICT COURT               U.S. DISTRICT COURT
              DISTRICT OF CONNECTICUT                BRIDGEPORT, CONN
```

DAVID S. KROMHOUT         :        CIVIL ACTION NO. 301CV1636 (SRU)
    Plaintiff         :
                                      :
v.                        :
                                      :
RICK R. SMOLICZ, ET AL.   :
    Defendants        :        MARCH 15, 2004
                                      :

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, defendants, the Borough of Naugatuck, Bart Deeley and Michael Purcaro, move for summary judgment with respect to the First, Second, Third, Fourth, Fifth and Sixth Count of plaintiff's Amended Complaint, dated December 21, 2001. As is more fully set forth in the attached Memorandum of Law, Statement of Undisputed Facts, affidavits and supporting documents, the defendants are entitled to judgment as a matter of law on all counts of the plaintiff's Amended Complaint because no genuine issues of material fact exist.

355797

WHEREFORE, the Borough of Naugatuck, Bart Deeley and Michael Purcaro respectfully request summary judgment with respect to the First, Second, Third, Fourth, Fifth and Sixth Counts of the Amended Complaint, dated December 27, 2001.

> RESPECTFULLY SUBMITTED,
> DEFENDANTS,
> MICHAEL PURCARO, BART DEELEY and the
> BOROUGH OF NAUGATUCK
>
> By: _____
> JAMES N. TALLBERG, ESQ.
> Federal Bar Number Ct17849
> MATTHEW FREIMUTH, ESQ.
> Federal Bar Number Ct2524
> UPDIKE, KELLY & SPELLACY, P.C.
> One State Street, P.O. Box 231277
> Hartford, CT 06123-1277
> Tel. No. (860) 548-2600

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed First Class, in the United States mail, postage prepaid, this 15th day of March 2004 to the following:

Steven D. Jacobs, Esq.
Jacobs, Jacobs & Shannon
265 Orange Street.
New Haven, CT 06510

Michael P. McKeon, Esq.
Sullivan, Schoen, Campane &
   Connon, LLC
646 Prospect Avenue
Hartford, CT 06105-4286

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.