FILED

2004 MAR 19 A 11: 08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID S. KROMHOUT, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01-CV-1636 (SRU) |
| | : | |
| v. | : | |
| | : | |
| RICK R. SMOLICZ, MICHAEL PURCARO, | : | |
| BART DEELEY, and TOWN OF | : | |
| NAUGATUCK, | : | |
| Defendants | : | MARCH 17, 2004 |

## DEFENDANT RICK R. SMOLICZ'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, Rick R. Smolicz, hereby respectfully requests that this court enter summary judgment on his behalf with respect to the First Count and the Second Count of the plaintiff's December 27, 2001 Amended Complaint. In the First Count, Mr. Smolicz requests that the court enter summary judgment on the plaintiff's 42 U.S.C. §1981 claim on the ground that the plaintiff has not alleged nor introduced any evidence that he was subjected to adverse treatment as a result of his race, national origin or alienage.

Mr. Smolicz additionally asks that summary judgment be entered in his favor on the plaintiff's claim under 42 U.S.C. §1983 on the ground that the actions or inaction upon which the

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

plaintiff predicates his claim do not comprise a violation of the plaintiff's constitutional rights. Furthermore, as to the First Count, the plaintiff's claim for attorney's fees in accordance with 42 U.S.C. §1988 is contingent upon and derivative of his Section 1981 and 1983 claims; thus, the entry of judgment against the plaintiff on those claims similarly extinguishes any right to relief under Section 1988. Finally, although the plaintiff does not specifically allege that Mr. Smolicz violated the Connecticut Constitution, to the extent that such claims can be construed from the Complaint, Mr. Smolicz requests that summary judgment be entered on his behalf.

Mr. Smolicz also moves for summary judgment on the Second Count of the Complaint on the ground that the undisputed evidence clearly establishes that Mr. Smolicz played no role in any purported assault, battery or trespass of the plaintiff.

THEREFORE, for the reasons set forth herein, Mr. Smolicz respectfully asks that summary judgment be entered on his behalf with respect to all claims against him in the First and Second Counts of the Amended Complaint. In accordance with Rules 7(a) and 56(a)(1) of the Local Rules of Civil Procedure, Mr. Smolicz submits herewith a supporting memorandum of law and a statement of material facts not in dispute.

THE DEFENDANT,
RICK R. SMOLICZ,

By _____
Michael P. McKeon
Federal Bar No. ct02290
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut  06105-4286
Telephone:  (860) 233-2141
Facsimile:  (860) 233-0516
E-mail:  mmckeon@sscc-law.com

## CERTFICATION

This is to certify that a copy of the foregoing Defendant Rick R. Smolicz's Motion for Summary Judgment was sent via express mail, overnight delivery, on the 18th day of March 2004 to Steven D. Jacobs, Esq., Jacobs, Jacobs & Shannon, P.C., 265 Orange Street, New Haven, Connecticut 06510 and to James Tallberg, Updike, Kelley & Spellacy, One State Street Hartford, Connecticut 06103.

_____