FILED

2004 APR 22 A 9:02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID S. KROMHOUT, | CIVIL NO. 3:01 CV 1636 (SRU) |
| Plaintiff : | |
| VS. : | |
| : | |
| RICK R. SMOLICZ, : | |
| MICHAEL PURCARO : | |
| BART DEELEY : | |
| TOWN OF NAUGATUCK. : | |
| Defendants : | APRIL 15, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

1.  The defendant, Rick R. Smolicz, filed a Motion for Summary Judgment on March 18, 2004. Defendants Michael Purcaro, Bart Deeley, and the Borough of Naugatuck filed a Motion for Summary Judgment on March 15, 2004.

2.  Each motion raises myriad issues. Some of the issues overlap. The memoranda in support of the motions total 85 pages in length.

3.  The plaintiff requires additional time to respond to these motions.

4.  Defendants' counsel have no objection to this motion.

5.  No prior similar motions have been filed in this case.

WHEREFORE, the plaintiff respectfully moves that the time for the filing of the plaintiff's memoranda in opposition to the defendants' motions for summary judgment

GRANTED; ABSENT OBJECTION.

SO ORDERED
FILED
2004 APR 23 A 11:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN