**FILED**

2004 MAY 12 A 11: 47

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID S. KROMHOUT, | : | CIVIL NO. 3:01 CV 1636 (SRU) |
|         Plaintiff | : | |
| VS. | : | |
| | : | |
| RICK R. SMOLICZ, | : | |
| MICHAEL PURCARO | : | |
| BART DEELEY | : | |
| TOWN OF NAUGATUCK. | : | |
|         Defendants | : | MAY 10, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

1. The defendant, Rick R. Smolicz, filed a Motion for Summary Judgment on March 18, 2004. Defendants Michael Purcaro, Bart Deeley, and the Borough of Naugatuck filed a Motion for Summary Judgment on March 15, 2004.

2. Each motion raises myriad issues. Some of the issues overlap. The memoranda in support of the motions total 85 pages in length.

3. The undersigned was out of town between April 19 and April 22, 2004, and then again between April 28 and May 3, 2004. Between May 4 and May 7, 2004, he was selecting a jury in the Superior Court for the Judicial District of Stamford/Norwalk at Stamford in the matter of <u>Dione Hyde vs. Anne Marie Tamborino, Et Al</u>, Docket No. CV02 0187345S. The trial of that case will commence tomorrow and

conclude on Wednesday, May 12, 2004.

4. The plaintiff requires additional time to respond to these motions.

5. Defendants' counsel have no objection to this motion.

6. One prior similar motion has been filed in this case.

WHEREFORE, the plaintiff respectfully moves that the time for the filing of the plaintiff's memoranda in opposition to the defendants' motions for summary judgment be extended to Friday, May 21, 2004.

THE PLAINTIFF

BY: _____
STEVEN D. JACOBS
JACOBS, JACOBS & SHANNON, P.C.
265 ORANGE STREET
NEW HAVEN, CT 06510
(203) 562-6111
FED. BAR NO.: 00409

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 10th day of May, 2004 to: Attorney Michael McKeon, Sullivan, Schoen, Campane & Connon, LLC, 646 Prospect Street, Hartford, CT 06105-4286, and Attorney James Tallberg, Updike, Kelly & Spellacy, One State Street, Hartford, CT 06103.

_____
STEVEN D. JACOBS