FILED
2004 MAY 28 A 11: 22
U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID S. KROMHOUT, | : | CIVIL NO. 3:01 CV 1636 (SRU) |
|         Plaintiff | : | |
| VS. | : | |
| | : | |
| RICK R. SMOLICZ, | : | |
| MICHAEL PURCARO | : | |
| BART DEELEY | : | |
| TOWN OF NAUGATUCK. | : | |
|         Defendants | : | MAY 27, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

1.  The defendant, Rick R. Smolicz, filed a Motion for Summary Judgment on March 18, 2004. Defendants Michael Purcaro, Bart Deeley, and the Borough of Naugatuck filed a Motion for Summary Judgment on March 15, 2004.

2.  Each motion raises myriad issues. Some of the issues overlap. The memoranda in support of the motions total 85 pages in length.

3.  Due to the press of business, the undersigned has been unable to complete the plaintiff's opposition to these motions.

3.  The undersigned will be out of town on a family trip from Thursday, May 27, 2004 until Monday, May 31, 2004.

4. The plaintiff requires additional time to respond to these motions.

5. Defendants' counsel have no objection to this motion.

6. Two prior similar motions have been filed in this case.

WHEREFORE, the plaintiff respectfully moves that the time for the filing of the plaintiff's memoranda in opposition to the defendants' motions for summary judgment be extended to Friday, June 4, 2004.

THE PLAINTIFF

BY: _____
STEVEN D. JACOBS, ESQ.
JACOBS, JACOBS & SHANNON, P.C.
265 ORANGE STREET
NEW HAVEN, CT 06510
(203) 562-6111
FED. BAR NO.: 00409

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 27th day of May, 2004 to: Attorney Michael McKeon, Sullivan, Schoen, Campane & Connon, LLC, 646 Prospect Street, Hartford, CT 06105-4286, and Attorney James Tallberg, Updike, Kelly & Spellacy, One State Street, Hartford, CT 06103.

_____
STEVEN D. JACOBS