UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID S. KROMHOUT<br>    Plaintiff | CIVIL ACTION NO. 3:01CV1636 (SRU) |
| v. | |
| RICK R. SMOLICZ, ET AL.<br>    Defendants | JUNE 16, 2004 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The defendants, the Borough of Naugatuck, Bart Deeley and Michael Purcaro, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of time in order to reply to Plaintiff's Omnibus Memorandum in Opposition to Defendants' Motion for Summary Judgment dated June 4, 2004, by fourteen (14) days up to and including July 2, 2004.

In support of this Motion, the undersigned represents the following:

1. The defendants timely filed a Motion for Summary Judgment, dated March 15, 2004.

2. In accordance with Local Rule 56(c), the defendants Deeley, Purcaro and the Borough of Naugatuck, filed a Statement of Undisputed Facts in support of their motion.

365777

3. Although plaintiff's counsel filed a Rule 56(a)(2) Statement directed to Defendant Smolicz, plaintiff's counsel has inadvertently failed to file a Rule 56(a)(2) Statement in response to the Statement of Undisputed Facts submitted by defendants Deeley, Purcaro and the Borough of Naugatuck.

4. The undersigned contacted plaintiff's counsel, who agreed to promptly submit the proper response to the Statement of Undisputed Facts.

5. Until the undersigned receives that filing, however, we cannot properly form a reply to plaintiff's opposition to the Motion for Summary Judgment.

6. Accordingly, we seek an extension of time of fourteen (14) days, up to and including, July 2, 2004, to file a reply brief.

7. Plaintiff's counsel has expressed his consent to this extension.

8. This is the first such request for an extension of time with regard to the plaintiff's Motion for Summary Judgment.

9. Trial has been set for August 30, 2004 in this matter.

**WHEREFORE**, the defendants, the Borough of Naugatuck, Bart Deeley and Michael Purcaro, requests that their Request for Extension of Time of fourteen (14) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
MICHAEL PURCARO, BART DEELEY and the
BOROUGH OF NAUGATUCK

By: _____
MATTHEW FREIMUTH, ESQ.
Federal Bar Number Ct25245
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17489
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 16th day of June 2004, to the following:

Steven D. Jacobs, Esq.
Jacobs, Jacobs & Shannon
265 Orange Street.
New Haven, CT 06510

Michael P. McKeon, Esq.
Sullivan, Schoen, Campane &
  Connon, LLC
646 Prospect Avenue
Hartford, CT 06105-4286

By: _____
MATTHEW FREIMUTH, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.