FILED

2004 JUN 30 P 3: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID S. KROMHOUT, | : | CIVIL NO. 3:01 CV 1636 (SRU) |
|     Plaintiff | : | |
| VS. | : | |
| | : | |
| RICK R. SMOLICZ, | : | |
| MICHAEL PURCARO | : | |
| BART DEELEY | : | |
| TOWN OF NAUGATUCK. | : | |
|     Defendants | : | JUNE 23, 2004 |

**MOTION TO SUPPLEMENT SUBMISSION IN OPPOSITION TO DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT AND RULE 56(A)(1) STATEMENTS**

The plaintiff respectfully moves the court for permission to supplement his submissions in opposition to the defendants' motions for summary judgment and Local Rule 56(A)(1) Statements by adding as "Exhibit K" six photographs depicting the plaintiff's injuries that were taken by officers of the Police Department of the Borough of Naugatuck at or about the time of the events described in the complaint.

Defendants' counsel do not object to this motion.

BY: _____

THE PLAINTIFF

STEVEN D. JACOBS, ESQ.
JACOBS, JACOBS & SHANNON, P.C.
265 ORANGE STREET
NEW HAVEN, CT 06510
(203) 562-6111
JURIS NO. 00409

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 28th day of June, 2004 to: Attorney Michael McKeon, Sullivan, Schoen, Campane & Connon, LLC, 646 Prospect Street, Hartford, CT 06105-4286, and Attorney James Tallberg, Updike, Kelly & Spellacy, One State Street, Hartford, CT 06103.

_____
STEVEN D. JACOBS

2145 Right thigh
1 of 6            99-25037



2145 left ~~thigh~~ Calf
2 of 6            99-25037



3 of 6    22:45    99-25037



4 of 6    99-25037



5 of 6   99-25037

6 of 6   99-25037