DISTRICT OF CONNECTICUT

# APPEARANCE

Kromhout
v
Smolicz

CASE NUMBER: 3:01-CV-1636(SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

United States District Court
District of Connecticut
FILED AT          BRIDGE...

July 29 2004

a. Montz

Rick. R. Smolicz

July 20, 2004
**Date**

Susan Gundersen

25246
**Connecticut Federal Bar Number**

**Print Clearly or Type Name**

860-233-2141
**Telephone Number**

1646 Prospect Ave
**Address**

860-233-0516
**Fax Number**

Hartford CT 06105

SGundersen@SSCC-Law.com
**E-mail address**

Sullivan Schoen Campane + Connon

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Steven Jacobs, Plaintiffs' Counsel
James Tallberg, Defendants

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24