FILED

2004 JUL 30 P 2: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID S. KROMHOUT<br>Plaintiff | CIVIL ACTION NO. 3:01CV1636 (SRU) |
| v. | |
| RICK R. SMOLICZ, ET AL.<br>Defendants | JULY 29, 2004 |

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Matthew Freimuth moves the Court for permission to withdraw his appearance filed on behalf of the defendants, the Borough of Naugatuck, Bart Deeley and Michael Purcaro, in the above-captioned matter.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
MICHAEL PURCARO, BART DEELEY and the
BOROUGH OF NAUGATUCK

By: /s/ Matthew Freimuth
    MATTHEW FREIMUTH, ESQ.
    Federal Bar Number Ct25245
    JAMES N. TALLBERG, ESQ.
    Federal Bar Number Ct17489
    UPDIKE, KELLY & SPELLACY, P.C.
    One State St., P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. No. (860) 548-2600

369973

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 29 day of July 2004, to the following:

Steven D. Jacobs, Esq.
Jacobs, Jacobs & Shannon
265 Orange Street
New Haven, CT 06510

Michael P. McKeon, Esq.
Sullivan, Schoen, Campane &
  Connon, LLC
646 Prospect Avenue
Hartford, CT 06105-4286

By: /s/ Matthew Freimuth
MATTHEW FREIMUTH, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.