**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAVID S. KROMHOUT | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:01cv1636 (SRU) |
| RICK R. SMOLICZ, ET AL. | : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Fitzsimmons</u> for the following purpose:

_____     All purposes except trial, unless the parties consent to trial before the Magistrate Judge

_____     A ruling on all pretrial motions except dispositive motions

_____     To supervise discovery and resolve discovery disputes

_____     A ruling on the following motions which are currently pending:

__X__     A settlement conference

_____     A conference to discuss the following: _____

_____     Other: _____

SO ORDERED this 2nd day of August 2004, at Bridgeport, Connecticut.

           /s/ Stefan R. Underhill
_____     Stefan R. Underhill
           United States District Judge