UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID S. KROMHOUT | : | |
| | : | |
| v. | : | 3:01cv1636 (SRU) |
| | : | |
| RICK R. SMOLICZ, ET AL | : | |

**SCHEDULING ORDER**

As discussed during the telephone conference held on August 5, 2004, this case shall proceed as follows:

1. Jury Selection and Trial shall commence **September 27, 2004**.

2. The Joint Pretrial Memorandum shall be filed by **September 13, 2004.**

It is so ordered.

Dated at Bridgeport this 5th day of August 2004.

   /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge