FILED

2004 DEC 17 A 9:55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID S. KROMHOUT | : | CIVIL NO. 301CV1636 (SRU) |
|    Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| RICK R. SMOLICZ, MICHAEL | : | |
| PURCARO, BART DEELEY, | : | |
| and TOWN OF NAUGATUCK | : | |
|    Defendants | : | DECEMBER 2, 2004 |

## STIPULATION FOR DISMISSAL

The parties in the above entitled action stipulate that this case may be dismissed as to all defendants without prejudice and without costs to any party.

THE PLAINTIFF
DAVID KROMHOUT

BY: _____
STEVEN D. JACOBS
JACOBS, JACOBS & SHANNON, P.C.
265 ORANGE STREET
NEW HAVEN, CT 06510
(203) 562-6111
FEDERAL BAR NO. ct00409

THE DEFENDANTS
MICHAEL PURCARO
BART DEELEY
TOWN OF NAUGATUCK

BY: _____
JAMES N. TALLBERG
UPDIKE, KELLY & SPELLACY, P.C.
ONE STATE STREET
P.O. BOX 231277
HARTFORD, CT 06123-1277
(860) 548-2600
FEDERAL BAR NO. ct17849


THE DEFENDANT
RICK R. SMOLICZ

BY: _____
MICHAEL P. McKEON
SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC
646 PROSPECT AVENUE
HARTFORD, CT 06105-2141
(860) 233-2141
FEDERAL BAR NO. cv02290

## CERTIFICATION

This is to certify that a fully executed copy of the foregoing Stipulation of Dismissal was sent via first-class mail, postage prepaid, on this 16th day of December 2004 to Steven D. Jacobs, Esq., Jacobs, Jacobs & Shannon, P.C., 265 Orange Street, New Haven, Connecticut 06510 and to James Tallberg, Updike, Kelley & Spellacy, One State Street Hartford, Connecticut 06103.

_____
Michael P. McKeon